# Court of Appeals
# of the State of Georgia

ATLANTA,   September 15, 2021

*The Court of Appeals hereby passes the following order:*

### A22D0028. CITY OF ALPHARETTA, GEORGIA v. MIDGARD SELF STORAGE ALPHARETTA GA, LLC.

This application concerns the City of Alpharetta's denial of Midgard Self Storage Alpharetta GA, LLC's request for variances from the local ordinance's parking space requirements and building height restrictions. After the City Council denied Midgard's request, Midgard petitioned the superior court for a writ of certiorari. The superior court ruled in Midgard's favor and remanded the case to the City Council for further proceedings. The City of Alpharetta now seeks discretionary review of the superior court's order. We lack jurisdiction because the application is premature.

A judgment of reversal by the superior court is not a final judgment "where the case is remanded to the lower tribunal for further consideration." *Mayor of Hinesville v. Gastin*, 178 Ga. App. 776 (344 SE2d 744) (1986) (dismissal of direct appeal as premature from superior court order remanding a zoning case for further consideration). Here, the superior court concluded that the City Council's denial of Midgard's application was arbitrary and capricious and an error of law, and the court ordered that "[t]he Council, upon remand, may consider an appropriate restriction relating to sale or leasing of moving vehicles." «**Order at 14**» Accordingly, the case remains pending below and the application is premature. Compare *Hughey v. Gwinnett Cty.*, 278 Ga. 740, 741 (1) (609 SE2d 324) (2004) (Where superior court reversed the ALJ's decision on legal issues, the court's order was final and appealable because "the return of the case to the ALJ did not require any further proceedings in that forum, nor was the ALJ ordered to reconsider any issues under a different

standard than previously applied."). As we lack jurisdiction, the instant application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/15/2021__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*